UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN PAKALA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Criminal No. 03-10317-JLT |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent. | * | |

ORDER

March 6, 2012

TAURO, J.

After considering the Order and Report and Recommendation [#180] of Magistrate Judge Hillman, Petitioner John Pakala's Objections to Magistrate's Report and Recommendations [#182], and the Government's Response to Petitioner's Objections to Magistrate Judge's Order, Report and Recommendation [#183], this court ACCEPTS and ADOPTS the August 16, 2011 Order and Report and Recommendation [#180] of Magistrate Judge Hillman. For the reasons set forth in the Report and Recommendation, this court hereby orders that Petitioner's Motion to Vacate under 28 U.S.C. § 2255 [#171] is DENIED. Petitioner's Letter/Motion to Appoint Counsel is DENIED AS MOOT. This case is CLOSED.

IT IS SO ORDERED.

                                                              /s/ Joseph L. Tauro
                                                  United States District Judge